REMINGTON RAND, INC., et al., Respondents, *v.* VERNON M. CROFOOT, Individually and as President of Machinists Local Union No. 381, et al., Appellants.

Argued October 12, 1938; decided November 22, 1938.

*Clifford H. Searl* for appellants.

*George H. Bond, Tracy H. Ferguson* and *John A. W. Simson* for respondents.

Order affirmed, without costs, and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.